IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Rebecca May, | : | |
| Plaintiff | : | Civil Action 2:11-cv-01059 |
| v. | : | Judge Sargus |
| Davol Inc. And C.R. Bard, Inc., | : | Magistrate Judge Abel |
| Defendants | : | |

## Order

Defendants Davol Inc. and C.R. Bard, Inc.'s April 6, 2012 motion for stay of proceedings pending a ruling on a pending application to transfer to the Judicial Panel of Multidistrict Litigation ("JPML") (doc. 4) is GRANTED. If plaintiff's motion to vacate the Conditional Transfer Order is granted by the JPML, defendants must file an answer or other responsive pleading with thirty (30) days of that order.

s/ Mark R. Abel
United States Magistrate Judge